# Exhibit 2

**<u>Infringement Claim for U.S. Pat. No. US7632178B2 v. Broan-NuTone LLC ("Defendant")</u>**

| Claim 1 | Evidence |
|---|---|
| 1. The method of retrofitting an existing ventilation system in a building, said method comprising the steps of: | The Broan-NuTone Overture™ Connected Air Quality System provides a method of retrofitting an existing ventilation system in a building by integrating a smart air-quality management platform with pre-installed fans, ducts, and ventilation equipment without requiring full replacement of the infrastructure.<br><br>For example, the Overture™ system connects with existing ventilation fans and sensors to automatically modulate airflow and activate ventilation based on humidity, $CO_2$, or VOC levels. This enables demand-based ventilation and air-quality monitoring while maintaining compatibility with legacy systems, supporting efficient retrofitting and improved indoor air management.<br><br> |

| | |
|---|---|
| |  <br><br>Source: https://broan-nutone.com/getmedia/cddeff88-bb85-4f6a-adb7-3188b07df9af/99851146A_OVERTURE_BROCHURE_2023.pdf |




Source: https://broan-nutone.com/getmedia/cddeff88-bb85-4f6a-adb7-3188b07df9af/99851146A_OVERTURE_BROCHURE_2023.pdf

| | |
|---|---|
| | **Overture Hardware**<br><br>Overture is comprised of 4 modules: Plug-in Outlet Room Sensor, Wall Control, Hardwired Room Sensor and Smart Plug. The Room Sensor and Wall Control monitor your air quality in the rooms where they have been installed. The control can also operate the ventilation fan to which it is wired. The Smart Plug operates your home's Fresh Air System when Overture triggers it.<br><br>Source: https://broan-nutone.com/en-us/the-overture-system |

| | |
|---|---|
| | *The fully integrated Broan-NuTone Overture IAQ system is the perfect way to ensure occupant comfort and wellbeing. Not only are the products easy to setup and install but, more importantly, the Overture app provides the ability to maintain safe and healthy indoor air quality levels through simple automation. The Broan-NuTone Overture IAQ system's ability to provide an easy way to ensure healthy indoor air quality levels means it is a must-have for every home..."*<br>**Stephen Ward -** Facility Manager, Southface Institute<br><br>Source: https://broan-nutone.com/en-us/the-overture-system<br><br>Whether you're concerned about pollutants and allergens, or simply want to breathe in fresh and clean air, Overture's automated indoor air quality system is the perfect solution. With our smart integration options, you can seamlessly control and monitor your entire home's indoor air quality system, from one central location.<br><br>Source : https://broan-nutone.com/getmedia/cddeff88-bb85-4f6a-adb7-3188b07df9af/99851146A_OVERTURE_BROCHURE_2023.pdf |

| FEATURES | |
|---|---|
| Smart Sensors | Detect temperature, humidity, tVOC's, PM2.5, and CO2 |
| Inputs | 120V~, 60 Hz |
| Outputs | ½ HP Motor, 15A Resistive<br>15A Inductive, 3A Incandescent<br>0.6A Electronic Ballast – For Control of Electronic Ballast, CFL's, LED and LED Lamps |
| Connectivity | Requires a 2.4 GHz Wi-Fi network within 100 feet |
| Miscellaneous | Requires NEMA 5-15R or 5-20R Receptacle<br>Pollution Degree 2 product for household environment or similar<br>Avoid physical obstructions or radio interference in the surrounding area. |

Source : https://broan-nutone.com/getmedia/3761f8ab-2972-4f18-b0ab-86efbfb86ea7/Spec-Sheet-BIAQSP1.pdf

| | |
|---|---|
| | <br>Source:<br>https://broan-nutone.com/getmedia/26c785c9-7373-4804-81e6-3bf761cac92e/BIAQHWRS100_6.jpg?width=950&height=1000&ext=.jpg |
| providing the existing ventilation system without an air quality sensor, having fans for exhausting stale air and bringing in fresh air, and having at least one remote switch terminal for setting a high speed mode of operation of said fans | The Broan-NuTone Overture™ Connected Air Quality System provides a method of retrofitting an existing ventilation system in a building without an air-quality sensor, where the system includes fans for exhausting stale air and supplying fresh air, and at least one remote switch terminal for activating a high-speed mode of fan operation. The Overture™ platform enables the addition of intelligent sensing and control functions without requiring replacement of the installed fans or wiring.<br><br>For example, the Overture™ system interfaces with the existing fan terminals and automatically activates high-speed ventilation in response to detected indoor conditions such as elevated humidity, VOCs, or $CO_2$ levels. This allows a legacy |

| | |
|---|---|
| | fan system that previously operated only by manual switch input to be upgraded with automated demand-based control, supporting enhanced indoor air quality, energy efficiency, and user convenience through retrofit installation.<br><br>OVERTURE HARDWARE<br><br>**Total control over your home's indoor air quality with 4 simple modules.**<br><br>Overture™ is the only fully-integrated indoor air quality system that links your home's ventilation system by using 4 simple modules. Sophisticated sensor technology provides live detection of air pollutants and a cloud-based system automatically turns on your connected home ventilation system to clear the pollution and provide fresh, clean air to your home. No external hub or additional equipment are needed to get Overture up and running with the Broan-NuTone ventilation systems in your home.<br><br>Source: https://broan-nutone.com/en-us/overture-hardware-detail |

| | |
|---|---|
| | **Overture Hardware**<br><br>Overture is comprised of 4 modules: Plug-in Outlet Room Sensor, Wall Control, Hardwired Room Sensor and Smart Plug. The Room Sensor and Wall Control monitor your air quality in the rooms where they have been installed. The control can also operate the ventilation fan to which it is wired. The Smart Plug operates your home's Fresh Air System when Overture triggers it.<br><br>Source: https://broan-nutone.com/en-us/the-overture-system<br><br>**Overture Smart Air Quality Hardwire Room Sensor \| Model BIAQHWRS100**<br><br>Indoor air pollution is a concern in all areas of the home and can have a significant impact on your health and well-being. Common areas such as living rooms, dining areas, and home offices are particularly prone to pollutants. To ensure that every corner of your home is filled with fresh and clean air, Overture has developed a cutting-edge solution - the Overture Hardwired Smart Air Quality Monitor.<br><br>Equipped with advanced sensors, the Overture Hardwired Smart Air Quality Monitor is capable of detecting a range of pollutants that contribute to poor indoor air quality, including Total Volatile Organic Compounds (TVOCs), humidity, temperature, $CO_2$, and small particles (PM2.5) such as dust, dander, and pollen. Unlike other monitors that are bulky and intrusive, the Overture Smart Air Quality Monitor is designed to be sleek and inconspicuous. It can be easily installed in any room in your home, thanks to its compact size and standard two-gang electrical box compatibility. |

| | |
|---|---|
| | <br><br>**Overture Smart Air Quality Monitor Room Sensor \| Model BIAQRS100**<br>Our daily activities and the things we put in our home all contribute to poor indoor air quality. So much so that the air inside can be up to 5 times more polluted than the air outside. These pollutants can irritate asthma, cause respiratory issues, and make life miserable. The sensors monitor for pollutants that contribute to poor indoor air quality: TVOC's, humidity, temperature, $CO_2$, and PM2.5.<br>RELATED LINKS<br>*Smart Room Sensor Video*<br>*Installation Guide*<br>*Spec Sheet*<br>Source : https://broan-nutone.com/en-us/overture-hardware-detail |

| | |
|---|---|
| | BROAN NuTone BETTER AIR. BETTER LIFE. Control4<br>**Overture™ Zone/Cloud**<br>**Driver Integration Guide v109**<br>**Introduction**<br>This driver has been designed to provide two-way control of the Broan-NuTone Overture system.<br>There is support for the following features:<br>• Variables<br>• Events<br>• Relay Control<br>• WebView Interface<br><br>Source: https://broan-nutone.com/getmedia/41b69354-ae25-45f1-818c-b776b9c35f60/Broan-NuTone-Instruction-Guide_Control4.pdf |

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=UC-MDCeKinA |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=UC-MDCeKinA |
| adding a relay to said existing ventilation system; | The Broan-NuTone Overture™ Connected Air Quality System provides a method of retrofitting an existing ventilation system in a building without an air-quality sensor, where the system includes fans for exhausting stale air and supplying |

fresh air, and at least one remote switch terminal for activating a high-speed mode of fan operation. The retrofit method includes adding a relay to the existing ventilation system to enable communication between the Overture™ controller and the pre-installed fan terminals, allowing control integration without requiring fan replacement.

For example, the Overture™ system utilizes the added relay to interface with existing fan circuits so that ventilation can be automatically activated in high-speed mode when the system detects elevated humidity, VOCs, or $CO_2$ levels. This transforms a legacy system that previously relied only on manual switch inputs into a demand-based, sensor-driven ventilation solution, enhancing indoor air quality, operational efficiency, and convenience through retrofit installation.



BROAN NuTone BETTER AIR. BETTER LIFE.

Control4

**Overture™ Zone/Cloud**

**Driver Integration Guide v109**

**Introduction**

This driver has been designed to provide two-way control of the Broan-NuTone Overture system.

There is support for the following features:

- Variables
- Events
- Relay Control
- WebView Interface

Source: https://broan-nutone.com/getmedia/41b69354-ae25-45f1-818c-b776b9c35f60/Broan-NuTone-Instruction-Guide_Control4.pdf

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=UC-MDCeKinA
</td>
</tr>
</table>

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=UC-MDCeKinA |
| inserting in a specific location at least one air quality sensor; | The Broan-NuTone Overture™ Connected Air Quality System provides a method of retrofitting an existing ventilation system in a building by inserting at least one air-quality sensor in a specific location within the indoor environment. This retrofit step allows targeted monitoring of conditions such as humidity, VOCs, and $CO_2$ at critical points where contaminants or pollutants are most likely to accumulate, thereby enhancing system responsiveness without requiring modification to the existing fan infrastructure.<br>For example, the Overture™ system enables placement of an air-quality sensor in |

| | |
|---|---|
| | high-use areas such as bathrooms, kitchens, or living spaces, where poor ventilation or elevated pollutant levels are most common. When inserted in these specific locations, the sensor can detect abnormal air conditions and trigger automatic ventilation responses through the connected relay and fan system, transforming a legacy ventilation setup into an intelligent, demand-based air-quality management solution.<br><br><br>Source: https://www.youtube.com/watch?v=8Z8y-NnoQV4&t=1s |

## Overture Smart Air Quality Hardwire Room Sensor | Model BIAQHWRS100

Indoor air pollution is a concern in all areas of the home and can have a significant impact on your health and well-being. Common areas such as living rooms, dining areas, and home offices are particularly prone to pollutants. To ensure that every corner of your home is filled with fresh and clean air, Overture has developed a cutting-edge solution - the Overture Hardwired Smart Air Quality Monitor.

Equipped with advanced sensors, the Overture Hardwired Smart Air Quality Monitor is capable of detecting a range of pollutants that contribute to poor indoor air quality, including Total Volatile Organic Compounds (TVOCs), humidity, temperature, CO2, and small particles (PM2.5) such as dust, dander, and pollen. Unlike other monitors that are bulky and intrusive, the Overture Smart Air Quality Monitor is designed to be sleek and inconspicuous. It can be easily installed in any room in your home, thanks to its compact size and standard two-gang electrical box compatibility.




## Overture Smart Air Quality Monitor Room Sensor | Model BIAQRS100

Our daily activities and the things we put in our home all contribute to poor indoor air quality. So much so that the air inside can be up to 5 times more polluted than the air outside. These pollutants can irritate asthma, cause respiratory issues, and make life miserable. The sensors monitor for pollutants that contribute to poor indoor air quality: TVOC's, humidity, temperature, CO2, and PM2.5.

RELATED LINKS

*Smart Room Sensor Video*

*Installation Guide*

*Spec Sheet*

Source: https://broan-nutone.com/en-us/overture-hardware-detail

| | |
|---|---|
| |  <br>Source : https://broan-nutone.com/getmedia/cddeff88-bb85-4f6a-adb7-3188b07df9af/99851146A_OVERTURE_BROCHURE_2023.pdf |
| connecting contacts of said relay to said remote | The Broan-NuTone Overture™ Connected Air Quality System provides a method of retrofitting an existing ventilation system in a building without an air-quality |

| | |
|---|---|
| switch terminals such that said relay is capable of setting continuous high speed modes of operation of said fans of said existing ventilation system; and, | sensor, where the system includes fans for exhausting stale air and supplying fresh air, and at least one remote switch terminal for activating a high-speed mode of fan operation. The retrofit method includes adding a relay to the existing ventilation system and connecting contacts of the relay to the remote switch terminals such that the relay is capable of setting a continuous high-speed mode of operation of the fans without altering the base wiring of the existing infrastructure.<br><br>For example, the Overture™ system employs the connected relay to override manual switch control and automatically initiate continuous high-speed ventilation when indoor conditions exceed thresholds for humidity, VOCs, or $CO_2$. This retrofit approach enables an older, manually controlled system to gain automated high-speed operation while maintaining compatibility with existing fan hardware, providing enhanced indoor air quality management and user convenience through intelligent control integration.<br><br><br>BROAN NuTone BETTER AIR. BETTER LIFE.<br>Control4<br>**Overture™ Zone/Cloud**<br>Driver Integration Guide v109<br>**Introduction**<br>This driver has been designed to provide two-way control of the Broan-NuTone Overture system.<br>There is support for the following features:<br>• Variables<br>• Events<br>• Relay Control<br>• WebView Interface<br><br>Source: https://broan-nutone.com/getmedia/41b69354-ae25-45f1-818c-b776b9c35f60/Broan-NuTone-Instruction-Guide_Control4.pdf |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=UC-MDCeKinA |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=UC-MDCeKinA |

| | |
|---|---|
| | <br>Source : https://broan-nutone.com/getmedia/cddeff88-bb85-4f6a-adb7-3188b07df9af/99851146A_OVERTURE_BROCHURE_2023.pdf |
| connecting said at least one air quality sensor in a | The Broan-NuTone Overture™ Connected Air Quality System provides a method of retrofitting an existing ventilation system in a building without an integrated air- |

| | |
|---|---|
| parallel network to said relay so that when said at least one air quality sensor detects an abnormal air quality condition of air within said building, said relay is activated to set high speed operation of said fans regardless of a mode of operation at a time when the at least one air quality sensor detects a contamination indicative of the abnormal air quality condition. | quality sensor, where the system includes fans for exhausting stale air and supplying fresh air, and at least one remote switch terminal for high-speed fan operation. The retrofit method includes connecting at least one air-quality sensor in a parallel network to the relay so that, upon detection of an abnormal air-quality condition within the building, the relay is activated to place the fans into high-speed operation. This arrangement allows the system to respond automatically regardless of the prior operating mode at the time of contamination detection.<br><br>For example, the Overture™ system integrates humidity, VOC, and $CO_2$ sensors in parallel with the relay, ensuring that detection of elevated levels of any of these pollutants triggers immediate high-speed ventilation. This retrofit method transforms a manually switched or intermittently operated fan system into an automated, demand-responsive ventilation solution that enhances air quality protection, user safety, and energy-efficient operation without requiring full replacement of the existing infrastructure.<br><br>**Overture Hardware**<br><br>Overture is comprised of 4 modules: Plug-in Outlet Room Sensor, Wall Control, Hardwired Room Sensor and Smart Plug. The Room Sensor and Wall Control monitor your air quality in the rooms where they have been installed. The control can also operate the ventilation fan to which it is wired. The Smart Plug operates your home's Fresh Air System when Overture triggers it.<br><br>Source: https://broan-nutone.com/en-us/the-overture-system |

*The fully integrated Broan-NuTone Overture IAQ system is the perfect way to ensure occupant comfort and wellbeing. Not only are the products easy to setup and install but, more importantly, the Overture app provides the ability to maintain safe and healthy indoor air quality levels through simple automation. The Broan-NuTone Overture IAQ system's ability to provide an easy way to ensure healthy indoor air quality levels means it is a must-have for every home..."*

**Stephen Ward** - Facility Manager, Southface Institute

Source: https://broan-nutone.com/en-us/the-overture-system

BROAN NuTone BETTER AIR. BETTER LIFE.

Control4

**Overture™ Zone/Cloud**

**Driver Integration Guide v109**

**Introduction**

This driver has been designed to provide two-way control of the Broan-NuTone Overture system.

There is support for the following features:

- Variables
- Events
- Relay Control
- WebView Interface

Source: https://broan-nutone.com/getmedia/41b69354-ae25-45f1-818c-

| | |
|---|---|
| | b776b9c35f60/Broan-NuTone-Instruction-Guide_Control4.pdf   |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=UC-MDCeKinA |

## Overture Smart Air Quality Hardwire Room Sensor | Model BIAQHWRS100

Indoor air pollution is a concern in all areas of the home and can have a significant impact on your health and well-being. Common areas such as living rooms, dining areas, and home offices are particularly prone to pollutants. To ensure that every corner of your home is filled with fresh and clean air, Overture has developed a cutting-edge solution - the Overture Hardwired Smart Air Quality Monitor.

Equipped with advanced sensors, the Overture Hardwired Smart Air Quality Monitor is capable of detecting a range of pollutants that contribute to poor indoor air quality, including Total Volatile Organic Compounds (TVOCs), humidity, temperature, CO2, and small particles (PM2.5) such as dust, dander, and pollen. Unlike other monitors that are bulky and intrusive, the Overture Smart Air Quality Monitor is designed to be sleek and inconspicuous. It can be easily installed in any room in your home, thanks to its compact size and standard two-gang electrical box compatibility.




## Overture Smart Air Quality Monitor Room Sensor | Model BIAQRS100

Our daily activities and the things we put in our home all contribute to poor indoor air quality. So much so that the air inside can be up to 5 times more polluted than the air outside. These pollutants can irritate asthma, cause respiratory issues, and make life miserable. The sensors monitor for pollutants that contribute to poor indoor air quality: TVOC's, humidity, temperature, CO2, and PM2.5.

RELATED LINKS
*Smart Room Sensor Video*
*Installation Guide*
*Spec Sheet*

Source: https://broan-nutone.com/en-us/overture-hardware-detail

| | |
|---|---|
| |  <br>Source : https://broan-nutone.com/getmedia/cddeff88-bb85-4f6a-adb7-3188b07df9af/99851146A_OVERTURE_BROCHURE_2023.pdf |

| FEATURES | |
|---|---|
| Smart Sensors | Detect temperature, humidity, tVOC's, PM2.5 and CO2 |
| Inputs | 120V~, 60 Hz |
| Compatibility | Typical wire sizes: 12AWG (MAX) or 14AWG solid copper wire rated for at least 90°C<br>Operating temperature: 32-95°F (0-35°C)<br>Pollution Degree 2 product for household environment or similar<br>UL CERTIFIED |
| Connectivity | Requires a 2.4 GHz Wi-Fi network within 100 feet<br>Avoid physical obstructions or radio interference in the surrounding area |

| SAFETY |
|---|
| RoHS and Prop. 65 compliant |
| Meets all applicable FCC and Canadian IC requirements |
| FCC ID: 2ADLL-1110725<br>IC ID: 2143B-1110725 |

Source: https://broan-nutone.com/getmedia/dbab18cd-fd26-4d84-ab00-1cc88b9cf617/Spec_Sheet_BIAQHWRS100.pdf

| | |
|---|---|
| | **FEATURES**<br><br>Smart Sensors: Detect temperature, humidity, tVOC's, PM2.5, and CO2<br>Inputs: 120V~, 60 Hz<br>Outputs: ½ HP Motor, 15A Resistive 15A Inductive, 3A Incandescent 0.6A Electronic Ballast – For Control of Electronic Ballast, CFL's, LED and LED Lamps<br>Connectivity: Requires a 2.4 GHz Wi-Fi network within 100 feet<br>Miscellaneous: Requires NEMA 5-15R or 5-20R Receptacle; Pollution Degree 2 product for household environment or similar; Avoid physical obstructions or radio interference in the surrounding area.<br><br>Source : https://broan-nutone.com/getmedia/3761f8ab-2972-4f18-b0ab-86efbfb86ea7/Spec-Sheet-BIAQSP1.pdf |

| FEATURES | |
|---|---|
| Smart Sensors | Detect temperature, humidity, tVOC's, PM2.5, and CO2 |
| Inputs | 120V~, 60 Hz |
| Outputs | ½ HP Motor, 15A Resistive<br>15A Inductive, 3A Incandescent<br>0.6A Electronic Ballast – For Control of Electronic Ballast, CFL's, LED and LED Lamps |
| Connectivity | Requires a 2.4 GHz Wi-Fi network within 100 feet |
| Miscellaneous | Requires NEMA 5-15R or 5-20R Receptacle<br>Pollution Degree 2 product for household environment or similar<br>Avoid physical obstructions or radio interference in the surrounding area. |

Source : https://broan-nutone.com/getmedia/3761f8ab-2972-4f18-b0ab-86efbfb86ea7/Spec-Sheet-BIAQSP1.pdf